DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

EQUITY ASSOCIATES v. SOCIETY FOR SAVINGS

No. 118 PC.

Case below: 31 N.C. App. 182.

Petition by defendant for discretionary review under G.S. 7A-31 denied 31 January 1977.

FENCE CO. v. CHEMICALS, INC.

No. 2 PC.

Case below: 31 N.C. App. 524.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 31 January 1977.

IN RE CHAVIS and IN RE CURRY and IN RE OUTLAW

No. 9 PC.

Case below: 31 N.C. App. 579.

Petition by Attorney General for discretionary review under G.S. 7A-31 denied 31 January 1977.

MOZINGO v. BANK

No. 121 PC.

Case below: 31 N.C. App. 157.

Petition by defendant for discretionary review under G.S. 7A-31 denied 31 January 1977.

ROLLINS v. GIBSON

No. 120 PC.

Case below: 31 N.C. App. 154.

Petition by plaintiff for discretionary review under G.S. 7A-31 allowed 31 January 1977.